■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. BARBARA A. VANDER NOOT, Admitted in 1988, at a Term of the Appellate Division, Second Department. [735 NYS2d 748] —Motion granted, and this Court's order entered May 6, 1999 (M-344.53) recalled and vacated, and the Opinion Per Curiam filed therewith amended to vacate so much thereof as pertains to the above-named respondent, *nunc pro tunc* to June 7, 1999. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 257 AD2d 127.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. EYTAN AMI KOBRE, Admitted in 1991, at a Term of the Appellate Division, Second Department. [735 NYS2d 840] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 247 AD2d 158.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JEFFREY GORDON WEISS, Admitted on February 5, 1979, at a Term of the Appellate Division, First Department. [735 NYS2d 840] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 257 AD2d 127.]